REBECCA G. BOWEN, Respondent, v. ALPHONSUS L. POOLE, Appellant, and Others, Defendants.— Interlocutory judgment unanimously affirmed, with costs against appellant personally. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

BERTHA DORFMAN, Respondent, v. HERMAN I. DORFMAN, Appellant.— Order awarding alimony *pendente lite* and counsel fee modified by reducing the amount of alimony to twenty-five dollars per week and the amount of counsel fee to one hundred and fifty dollars, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

EDWARD J. FARRELL, Respondent, v. MASSAPEQUA HOLDING CORPORATION, Appellant, and JAMES E. McGOLRICK, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

KARL A. FRIEDRICHS, as Administrator, etc., of SARAH A. FRIEDRICHS, Deceased, Respondent, v. BORDEN'S FARM PRODUCTS CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

GENEVIEVE GOLDSCHMIDT, Respondent, v. NEW YORK STATE HOUSING COMPANY, Sued, etc., and Another, Defendants. FRANCIS VAN DAM, Appellant.— Judgment unanimously affirmed, with costs. No opinion. In order that the findings of fact and conclusions of law may be consistent, defendant Van Dam's proposed seventh conclusion of law, found by the court, is refused as not being sustained by the credible evidence and as not being material. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ. Settle order on notice.

A. EDWARD GOMBERT, Conducting Business as NASSAU PLUMBING AND HEATING COMPANY, and JOHN T. URLACHER, Respondents, v. ELISE WESTPFAL and Others, Appellants.— Order of the County Court of Nassau county reversed upon the law and the facts, without costs, and motion to open the default of defendants Elise Westpfal, George Westpfal and Maxwell Altenkirch and to vacate the judgment entered upon the inquest herein granted, without costs. We think the notices published in the *Law Journal* and the fact that this case did not appear in the calendar published in the *Law Journal* for the day to which it had been set for trial were sufficient to excuse the default. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

ANDREW J. GONNOUD, Appellant, v. CHARLES W. CHURCH, JR., and Others, Respondents.— Order directing plaintiff to deliver to attorney for respondent Charles W. Church, Jr., a duly executed assignment of tax lien and judgment, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

ALBERT HANSEN, Appellant, v. MORRIS ISAACSON and BERTHA ISAACSON, Respondents.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.